IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GABRIEL SEGOVIA ) | |
| ) | |
| v. ) | No. 3-10-0325 |
| ) | |
| MONTGOMERY COUNTY, ) | |
| TENNESSEE; and NORMAN LEWIS, ) | |
| Sheriff of the Montgomery County ) | |
| Sheriff's Department, in his official ) | |
| and individual capacity ) | |

O R D E R

The plaintiff's motion to remove reference of conspiracy from original complaint (Docket Entry No. 13) is GRANTED.

The plaintiff's complaint is amended as follows:

The phrase "And Conspiracy to Defame" is deleted from the caption of § VII on page 9 of the plaintiff's complaint.

The defendants are not required to file an amended answer to the complaint, as now amended.[1]

By order entered May 13, 2010 (Docket Entry No. 12), the jury trial was scheduled to begin on June 28, 2011. It was the Court's understanding at the initial case management conference held on May 10, 2010, that counsel for one of the parties had a scheduling conflict the week of June 28, 2011. See order entered May 12, 2010 (Docket Entry No. 11).

If such a scheduling conflict remains, counsel may move to reschedule the trial, and they are urged to file any such motion as soon as practical.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered May 12, 2010 (Docket Entry No. 11), the plaintiff was directed to file an amended complaint more definitely setting out his conspiracy-to-defame claim or, alternatively, to file an amended complaint omitting the reference to "conspiracy to defame" in the caption of § VII.