IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GABRIEL SEGOVIA ) | |
| ) | |
| v. ) | No. 3-10-0325 |
| ) | |
| MONTGOMERY COUNTY, ) | |
| TENNESSEE; and NORMAN LEWIS, ) | |
| Sheriff of the Montgomery County ) | |
| Sheriff's Department, in his official ) | |
| and individual capacity ) | |

O R D E R

Defendants' motion for discovery conference (Docket Entry No. 15) is GRANTED.

A telephone conference call is scheduled with counsel for the parties and the Court on **Friday, August 20, 2010, at 2:00 p.m.,** to be initiated by defendants' counsel, to address whether or not the plaintiff has responded to the defendants' outstanding written discovery, and any other appropriate matters.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge