IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GABRIEL SEGOVIA | ) | |
| | ) | |
| v. | ) | No. 3-10-0325 |
| | ) | |
| MONTGOMERY COUNTY, | ) | |
| TENNESSEE; and NORMAN LEWIS, | ) | |
| Sheriff of the Montgomery County | ) | |
| Sheriff's Department, in his official | ) | |
| and individual capacity | ) | |

## O R D E R

Pursuant to the order entered August 16, 2010 (Docket Entry No. 16), counsel for the parties called the Court on August 20, 2010, at which time the deadline for the plaintiff to respond to the defendants' outstanding written discovery was extended to August 31, 2010.

If there are other delays in completing discovery, counsel for the parties are encouraged to schedule a conference call with the undersigned, as defendants' counsel did in this instance, to ensure that all fact discovery is completed by the November 15, 2010, deadline provided in the orders entered May 12, 2010 (Docket Entry Nos. 10-11).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge