IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GABRIEL SEGOVIA ) | |
| ) | |
| v. ) | No. 3-10-0325 |
| ) | |
| MONTGOMERY COUNTY, ) | |
| TENNESSEE; and NORMAN LEWIS, ) | |
| Sheriff of the Montgomery County ) | |
| Sheriff's Department, in his official ) | |
| and individual capacity ) | |

## O R D E R

On January 14, 2011, the defendants filed a motion for summary judgment (Docket Entry No. 29).

In accord with the order May 12, 2010 (Docket Entry Nos. 10-11), the plaintiff shall have until February 14, 2011, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by February 28, 2011, if the response is filed on February 14, 2011.

No other filings in support of or in opposition to the defendants' motion for summary judgment shall be made except with the express permission of the Honorable Todd J. Campbell, Chief Judge.

The Clerk is directed to forward the file in this case to Chief Judge Campbell for his consideration of the defendants' motion for summary judgment and accompanying filings (Docket Entry Nos. 29-32), the plaintiff's response to be filed by February 14, 2011, and any reply, if necessary, to be filed no later than February 28, 2011.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge