UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GABRIEL SEGOVIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-0325 |
| ) | Judge Campbell |
| MONTGOMERY COUNTY, ) | |
| TENNESSEE and NORMAN LEWIS, ) | |
| SHERIFF OF THE MONTGOMERY ) | |
| COUNTY SHERIFF'S DEPARTMENT ) | |
| IN HIS OFFICIAL AND INDIVIDUAL ) | |
| CAPACITIES, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 29) filed by Defendants Montgomery County and Sheriff Norman Lewis is hereby GRANTED IN PART and DENIED IN PART as follows:

(1) The Motion is GRANTED with respect to Plaintiff's First Amendment political association claim, and Plaintiff's state law claims for wrongful discharge and defamation;

(2) The Motion is DENIED with respect to Plaintiff's First Amendment retaliation claim and Defendant Lewis' qualified immunity affirmative defense; and

(3) The claims against Sheriff Lewis in his official capacity are DISMISSED.

This case will proceed on Plaintiff's First Amendment retaliation claim against Defendant Montgomery County and Defendant Lewis in his individual capacity.

It is SO ORDERED.

_____
Todd J. Campbell
United States District Judge