IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GABRIEL SEGOVIA )
)
v. ) No. 3-10-0325
)
MONTGOMERY COUNTY, )
TENNESSEE; and NORMAN LEWIS, )
Sheriff of the Montgomery County )
Sheriff's Department, in his official )
and individual capacity )

O R D E R

Pursuant to the order entered March 28, 2011 (Docket Entry No. 52), counsel for the parties called the Court on April 6, 2011, at which time the plaintiff suggested that he might want to take additional discovery,[1] and may need to authenticate certain business records to which the defendants did not admit the authenticity.[2]

The parties shall have until April 27, 2011, to file any motions related to discovery or any other matters to be addressed by the Magistrate Judge prior to the trial in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Other than filing motions to extend the deadline for serving written discovery (Docket Entry Nos. 19-20), which were granted by orders entered October 26, 2010 (Docket Entry No. 21), and December 8, 2010 (Docket Entry No. 26), and the plaintiff's motion to serve additional interrogatories (Docket Entry No. 27), which was denied by order entered December 21, 2010 (Docket Entry No. 28), the plaintiff had not requested any additional discovery prior to or after the November 15, 2010, deadline for completion of discovery.

[2] Defendants' counsel represented that the defendants had declined to admit the authenticity of business records that were not the business records of the defendants.
By order entered December 21, 2010 (Docket Entry No. 28), the plaintiff was given until January 3, 2011, to file a motion pursuant to Rule 36(a)(6) of the Federal Rules of Civil Procedure to determine the sufficiency of any response to the plaintiff's requests for admissions, and did not file any such motion.