IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GABRIEL SEGOVIA                    )
                                   )
v.                                 ) NO. 3-10-0325
                                   ) JUDGE CAMPBELL
MONTGOMERY COUNTY, et al.          )

ORDER

Pending before the Court is the parties' Motion to Reschedule Pretrial Conference (Docket No. 55). In light of the Court's Order (Docket No. 56), this Motion is DENIED as moot.

IT IS SO ORDERED.

                                                                                    _____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE