IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GABRIEL SEGOVIA ) | |
| ) | |
| ) | Case No. 3:10-0325 |
| v. ) | JUDGE SHARP |
| ) | |
| MONTGOMERY COUNTY, TENNESSEE ) | |
| et al., ) | |

**O R D E R**

Pending before the Court is Plaintiff's Motion to Continue Trial (Docket No. 65) to which Defendant has not responded and Plaintiff's Motion to Ascertain Status of Plaintiff's Motion to Continue Trial (Docket No. 66).

The motions are GRANTED and the case is returned to the Magistrate Judge for further case management including setting a new trial date.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE