IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GABRIEL SEGOVIA ) | |
| ) | |
| v. ) | No. 3-10-0325 |
| ) | |
| MONTGOMERY COUNTY, ) | |
| TENNESSEE; and NORMAN LEWIS, ) | |
| Sheriff of the Montgomery County ) | |
| Sheriff's Department, in his official ) | |
| and individual capacity ) | |

O R D E R

In accord with the order entered January 5, 2012 (Docket Entry No. 67), counsel for the parties shall convene a telephone conference call with the Court on **Friday, January 20, 2012, at 1:00 p.m.,** to be initiated by defendants' counsel, to address setting a new trial date and any other matters to be addressed prior to the trial.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge