# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| GABRIEL SEGOVIA ) | |
| ) | CASE NO: 3:10-0325 |
| v. ) | JUDGE KEVIN H. SHARP |
| ) | |
| MONTGOMERY COUNTY, ) | |
| TENNESSEE ) | |

√ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the jury found as follows:

-Plaintiff Gabriel Segovia did prove by a preponderance of the evidence all the elements of his claim that Defendant Montgomery County, Tennessee took adverse action against him in retaliation for exercising his First Amendment right.

-Defendant Montgomery County, Tennessee did <u>not</u> prove by a preponderance of the evidence that the employment action would have been the same absent Plaintiff's exercise of his First Amendment rights.

-The jury having found in favor of the Plaintiff, Plaintiff is awarded $79,382.81 in back pay.

**IN ACCORDANCE WITH THE VERDICT OF THE JURY, JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF GABRIEL SEGOVIA IN THE AMOUNT OF $79,382.81.**

DATE: July 19, 2013                                KEITH THROCKMORTON, CLERK

                                                                 BY: *Angie Brewer*
                                                                 Deputy Clerk