UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GABRIEL SEGOVIA, | ) | |
| | ) | No. 3:10-cv-0325 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Sharp |
| | ) | Magistrate Judge Griffin |
| MONTGOMERY COUNTY, | ) | |
| TENNESSEE. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, *Plaintiff's Motion for Attorney's Fees and Costs Pursuant to 42 U.S.C. § 1988 and FRCP 54(d)(2)* and *Plaintiff's Supplemental Motion for Attorney's Fees and Costs Pursuant to 42 U.S.C. § 1988 and FRCP 54(d)(2)* (Docket Entry Nos. 153 and 192) are hereby GRANTED. Plaintiff shall be awarded $40,318.63 for reasonable attorney's fees and $438.45 for costs in this matter.

Furthermore, *Plaintiff's Objection to Notice Regarding Taxation of Costs* (Docket Entry No. 205) is hereby OVERRULED.

It is so **ORDERED**.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE