UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Gabriel Segovia, Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:10-cv-0325 |
| ) | |
| Montgomery County, ) | |
| Tennessee, Defendant | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, *Gabriel Segovia*, in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order on Plaintiff's Motion for Attorney's Fees and Costs Pursuant to 42 USC § 1988 and FRCP 54(d)(2) and Plaintiff's Supplemental Motion for Attorney's Fees and Costs, docket no. 213, entered in this action on the 26th day of March 2014.

(s) Donald Capparella
Donald Capparella, #011239
Elizabeth Sitgreaves, #027539
1310 6th Avenue North
Nashville, TN 37204
(615) 254-2291

*Attorney for Plaintiff*

Cc: Opposing Counsel
Court of Appeals